

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-17-00183-CR &
06-17-00184-CR

MIRANDA RENEA KELSO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 40th District Court
Ellis County, Texas
Trial Court Nos. 41161CR & 41162CR

Before Morriss, C.J., Moseley and Burgess, JJ.

## O R D E R

The clerk's records in these appeals were filed November 7, 2017, and the reporter's records were filed February 5, 2018, making the appellant's brief(s) originally due March 7, 2018. This Court extended that briefing deadline twice, on appellant's motions, resulting in the most recent due date of June 8, 2018. We informed counsel when we granted the last extension request that further requests for extension of time would not be granted absent extraordinary circumstances. Counsel has filed a third motion seeking an additional seventeen-day extension of the briefing deadline.

We have reviewed the case file and appellate record, as well as counsel's most recent motion to extend time, and find no extraordinary circumstances that would warrant an additional seventeen-day extension of the filing deadline. Consequently, counsel's third motion to extend the time to file the appellate brief in this matter is denied.

We hereby order counsel to file the appellate brief in this matter with this Court on or before June 25, 2018. This gives counsel the full seventeen days she sought in her motion to complete the brief, which we are certain will be adequate.

IT IS SO ORDERED.

BY THE COURT

Date: June 19, 2018

2